**THE TUROCI FIRM, INC.**
Todd Turoci (State Bar No. 160059)
Dustin Nirschl (SBN 326648)
3845 Tenth Street
Riverside, CA 92501
Telephone: 888-332-8362
Facsimile: 866-762-0618
Email: mail@theturocifirm.com

Attorney for Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>1369 LONDONDERRY ESTATE, LLC.,<br><br>Debtor-in-Possession. | Chapter 11<br><br>Case No. 2:20-bk-20801-BB<br><br>**CHAPTER 11 STATUS REPORT**<br><br>**CASE MANAGEMENT CONFERENCE:**<br><br>Date:  January 27, 2021<br>Time:  10:00 a.m.<br>Ctrm.:  1539<br>         255 E. Temple Street<br>         Los Angeles, CA 90012 |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; OTHER CREDITORS AND PARTIES IN INTEREST:**

1369 Londonderry Estate, LLC, the debtor and debtor-in-possession ("Debtor") in the above-reference case, hereby files its Chapter 11 Status Report in connection with the upcoming chapter 11 case management conference.

**A.     A brief description of the debtor's business and operations, if any, and the principal assets and liabilities of each estate.**

1369 Londonderry Estate, LLC, the debtor and debtor in possession ("Debtor"), is a California limited liability company solely owned by Park City Family Settlement. Nile Niami is the Settlor of the Park City Family Settlement. Debtor was established in or about July 2014.

The only asset of the Debtor is the real property located at 1369 Londonderry Place, Los Angeles, California 90069 ("Property"). There are five liens that are secured by the Property. The first lien holder is owed about $4.6 million. The second lien holder is owed about $11.3 million. The third lien holder is owed about $13.5 million. The fourth lien holder is owed $0. Debtor disputes any amount owed to the fourth lien holder. The fifth lien holder is owed about $29 million. The State Board of Equalization recorded a tax lien against the Property in the amount of $29,940. The Property has a fair market value of approximately $30 million.

The Debtor is approximately 11 months behind on payments to the holders of the 1st and 2nd deeds of trust.

**B.     Brief answer to the following questions:**

  **1. What precipitated the bankruptcy filing?**

  A foreclosure was set for December 9, 2020. The Debtor filed this instant case to stop the foreclosure and allow a reorganization plan to take shape that would most certainly include a sale of the property at market price rather than at firesale/foreclosure price.

  **2. What does the debtor hope to accomplish in this chapter 11 case?**

  The Debtor's intentions are to sell the Property and distribute the proceeds as soon as possible.

  **3. What are the principal disputes or problems likely to be encountered during the course of the debtor's reorganization efforts?**

  Debtor is facing foreclosure. Debtor wishes to sell the Property and pay its debts.

  **4. How does the debtor recommend that these disputes be resolved and why?**

This is a single asset real estate case. The court may grant relief from the automatic stay to a secured creditor unless the Debtor files a feasible plan of reorganization or begins making interest payments to the creditor within 90 days from the date of the filing of the case. Debtor will either commence interest payments to the creditors or propose a confirmable chapter 11 plan within the required time period. Debtor will sell the Property to satisfy the allowed claims to the maximum amount possible.

5. **Has the debtor complied with all of its duties under 11 U.S.C. Sections 521, 1106 and 1107 and all applicable guidelines of the Office of the United States Trustee, and, if not, why not?**

The Debtor is in compliance with all of its applicable statutory and guidelines of the Office of the United States Trustee ("OUST"). The Debtor submitted its 7-Day Package to the OUST. The Initial Debtor Interview and 341(a) Meeting of Creditors are both scheduled on January 12, 2021.

6. **Do any parties claim an interest in cash collateral of the debtor?**

The Property does not generate any income so there is no cash collateral.

7. **Is the debtor using cash that any party claims as its cash collateral and, if so, on what date(s) did the debtor obtain an order authorizing the use of such cash or the consent of such party?**

Not applicable.

C. **The identity of all professionals retained or to be retained by the estate, the dates on which applications for the employment of such professionals were filed or submitted to the United States Trustee, the dates on which orders were entered in response to such applications, if any, and a general description of the type of services to be rendered by each or the purpose of the employment precipitated the bankruptcy filing?**

A motion to employ The Turoci Firm, Inc. as general bankruptcy counsel was filed on December 17, 2020 [docket number 20]. A motion to employ a broker should be filed within 10 days. To date, no other professionals have been employed.

Debtor does not anticipate the need for any other professionals besides those listed above in this case.

**D.     In operating cases, evidence regarding projected income and expenses for the first six months of the case.**

The Debtor does not anticipate earning any income.

**E.     Proposed deadlines for the filing of claims and objections to claims.**

A Motion Setting Claims Bar Date was filed on December 22, 2020 [docket number 14]. The proposed deadline for non-governmental units to file proofs of claim is April 9, 2021. The proposed deadline for governmental units to file proofs of claim is June 7, 2021. The order setting the claims bar date is pending.

The Debtor proposes that objections to claims be filed within ninety (90) days after the effective date of any confirmed plan of reorganization or ninety (90) days after the actual bar date, whichever occurs later.

**F.     A proposed deadline for the filing of a plan and disclosure statement; and**

Debtor anticipates filing a plan of reorganization and disclosure statement within 90 days.

**G.     A discussion of any significant unexpired leases and executory contracts to which the debtor is a party and the debtor's intentions with regard to these leases and contracts.**

There are no executory contracts or unexpired leases.

Dated: December 28, 2020                    **THE TUROCI FIRM, INC.**

                                            _____
                                            Todd Turoci
                                            Attorney for Debtor in Possession
                                            1369 Londonderry Estate, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3845 Tenth Street, Riverside, CA 92501

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 11 STATUS REPORT FOR INITIAL CASE MANAGEMENT CONFERENCE ON JANUARY 27, 2021**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/29/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Mel Aranoff**   maranoff@mbnlawyers.com
- **Simon Aron**   saron@wrslawyers.com, eweiman@wrslawyers.com
- **Eryk R Escobar**   eryk.r.escobar@usdoj.gov
- **Kenneth G Lau**   kenneth.g.lau@usdoj.gov
- **Todd L Turoci**   mail@theturocifirm.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Johnny White**   JWhite@wrslawyers.com, aparisi@wrslawyers.com;eweiman@wrslawyers.com;chamilton@wrslawyers.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On 12/29/2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Sheri Bluebond
U.S. Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1534 / Courtroom 1539
Los Angeles, CA 90012

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/29/2020 | Dana Cormey | /s/ Dana Cormey |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE

```
Label Matrix for local noticing          Markinmouth Estate, LLC              Los Angeles Division
0973-2                                   8981 W. Sunset Blvd., Suite 303      255 East Temple Street,
Case 2:20-bk-20801-BB                    West Hollywood, CA 90069-1850        Los Angeles, CA 90012-3332
Central District of California
Los Angeles
Tue Dec 29 08:11:33 PST 2020

10701 Bellagio Road, LLC                 AIG Private Client Group             Blanca Tile
8981 W. Sunset Blvd., Suite 303          PO Box 601148                        9425 Olympic Blvd.
West Hollywood, CA 90069-1850            Pasadena, CA 91189-1148              Pico Rivera, CA 90660-2143


California Dept. of Tax and Fee Administrati   Carcassonne Fine Homes, LLC   Centurion LV
Collections Support Bureau, MIC: 55      8981 W. Sunset Blvd., Suite 303      607 E. Brisa Drive
PO Box 942879                            West Hollywood, CA 90069-1850        Phoenix, AZ 85085-7216
Sacramento, CA  94279-0055


County of Los Angeles Tax Collector      Crestlloyd, LLC                      Davidson Accountancy
PO Box 512102                            8981 W. Sunset Blvd., Suite 303      14011 Ventura Blvd. Suite 302
Los Angeles, CA 90051-0102               West Hollywood, CA 90069-1850        Sherman Oaks, CA 91423-5226


Dunfanaghy Bay Ventures, LLC             First American Title Insurance Co.   First Republic Bank
dba Skyline Development                  4380 La Jolla Village Drive          Loan Servicing Department
8981 W. Sunset Blvd., Suite 303          Suite 110                            111 Pine Street
West Hollywood, CA 90069-1850            San Diego, CA 92122-1200             San Francisco, CA 94111-5608


Franchise Tax Board Bankruptcy           GB Developing                        Internal Revenue Service
Section, MS: A-340                       2328 Durfee Ave, Suite G             P.O. Box 7346
P. O. Box 2952                           Calabasas, CA 91372                  Philadelphia, PA 19101-7346
Sacramento, CA 95812-2952


Italian Luxury Group                     JMS                                  Jensen Construction
4 NE 39th Street                         7640 Burnet Ave.                     3278 Mataro Street, Suite 1
Miami, FL 33137-3630                     Van Nuys, CA 91405-1005              Pasadena, CA 91107-6027


LADWP                                    Marbella Construction, Inc.         Nile Niami
PO Box 30808                             8981 W. Sunset Blvd., Suite 303      8981 W. Sunset Blvd., Suite 303
Los Angeles, CA 90030-0808               West Hollywood, CA 90069-1850        West Hollywood, CA 90069-1850


Powertek Electric Inc.                   Quattro Investment, Inc.            Snyder Diamond
28364 S. Western Avenue, #414            c/o Paul Weinberg                    1399 Olympic Blvd.
Rancho Palos Verdes, CA 90275-1434       5 Park Plaza, Suite 1500             Santa Monica, CA 90404-3776
                                         Irvine, CA 92614-8595


Southern California Gas                  State Board of Equalization          State Board of Equalization
PO Box C                                 Account Information Group, MIC: 29   Special Operations Bankruptcy Team
Monterey Park, CA 91754-0932             P.O. Box 942879                      MIC: 74
                                         Sacramento, CA 94279-0029            P.O. Box 942879
                                                                              Sacramento, CA 94279-0074
```

| | | |
|---|---|---|
| U.S. Small Business Administration<br>Attn: So Cal Legal Unit<br>330 North Brand Boulevard, Suite 12<br>Glendale, CA 91203-2320 | United States Attorney's Office<br>Federal Building, Room 7516<br>300 North Los Angeles Street<br>Los Angeles, CA 90012-3336 | United States Department of Justice<br>Ben Franklin Station<br>P. O. Box 683<br>Washington, DC 20044-0683 |
| United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | West Valley Green<br>14761 Tupper Street<br>Panorama City, CA 91402-1222 | Westside Estate Agency<br>210 N. Canon Drive<br>Beverly Hills, CA 90210-5302 |
| Yogi Securities Holding, LLC<br>Attn. Joseph Englanoff<br>9701 West Pico Boulevard, Suite 201<br>Los Angeles, CA 90035-4743 | Yvonne Niami<br>301 Copa de Oro Road<br>Los Angeles, CA 90077-3822 | Todd L Turoci<br>The Turoci Firm<br>3845 Tenth Street<br>Riverside, CA 92501-3519 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

End of Label Matrix
Mailable recipients    38
Bypassed recipients     1
Total                  39